**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Robin Blackwell | Case No. 1:08-cv-00287 |
| Plaintiff, | Judge: Dlott |
| v. | |
| Paramount Recovery Services, Inc. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
Richard J. Meier
Sears Tower
233 S. Wacker Drive
Suite 5150
Chicago, IL 60606
Tel:  866.339.1156
Fax: 312.822.1064
Email:  rjm@legalhelpers.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Paramount Recovery Services, Inc.
c/o Franklin Scott Caudill, Registered Agent
7861 Birchwood Ct.
Mason, OH 45040

*/s/ Richard J. Meier*